IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

## IN ADMIRALTY

IN THE MATTER OF:

THE COMPLAINT OF BEN LEVI
AS OWNER OF THE VESSEL
"FURTHER," ITS ENGINES,
TACKLE, APPURTENANCES, ETC.,
IN A CAUSE OF EXONERATION FROM
OR LIMITATION OF LIABILITY.

Case No: 8:05cv739-T-24-MAP

### ORDER FOR AD INTERIM STIPULATION, MONITION AND INJUNCTION

A Complaint having been filed herein on the 15th day of April, 2005, by Ben Levi as owners of the vessel *FURTHER*, ("Owners") claiming the benefits of exoneration from or limitation of liability as provided for in the act of Congress embodied in 46 U.S.C. app. §183 *et. seq.*, together with all statutes supplementary thereto and amendatory thereof, and Rule F, Supplemental Rules for Certain Admiralty and Maritime claims of the Federal Rules of Civil Procedure, and also contesting their liability independently of the limitation of liability claim under said Act for any loss, damage, deaths, personal injuries, damage or destruction of property or other occurrences arising from the incident described in said Complaint which occurred on or about September 15 and 16, 2004, on the navigable waters at or near Destin, Florida and said Complaint also stating the facts and circumstances on which such exoneration from or limitation of liability is claimed; and on hearing counsel for Owners and on considering the Complaint which are on file herein, and that Owners are able and willing to make such increases or decreases in the Ad Interim Stipulation, together with adequate surety as the Court may from time to time require and the value of Owners' interest in said vessel can be more definitely ascertained, the Court finds that an Ad Interim Stipulation in the amount of $3,000.00 in addition

to interest at the rate of six (6%) percent per annum and costs of Court is adequate to fully cover the value of Owners' interest in the *FURTHER*, her engines, tackle, appurtenances, etc., and her pending freight, if any.

NOW, on motion of GrayRobinson, P.A., Attorneys for Owners, it is hereby

ORDERED that Owners file herein an Ad Interim Stipulation for the value of Owners' interest in the sailboat *FURTHER*, her pending freight, if any, as fixed by the Court herein in the amount of $3,000.00 including costs of Court and interest at the rate of six (6%) percent per annum, with Owners subject to such increases or decreases in the amount of such Ad Interim Stipulation, together with adequate surety, as the Court may from time to time order according to the rules and practices of this Court; and it is further

ORDERED that any party, including the Owners, may apply to have the amount of said Ad Interim Stipulation increased or decreased, as the case may be, on the filing of the report of the Commissioner appointed, if any, to appraise the amount or value of Owners' interest in said vessel and its pending freight, if any, or upon the ultimate determination by the Court on exceptions to the Commissioner's report; and it is further

ORDERED that if the amount of said Ad Interim Stipulation is not contested by any Claimant herein, said Ad Interim Stipulation shall stand as a stipulation for value and an appraisal by a Commissioner will not be required; and

NOW, THEREFORE, it is ORDERED that a monition issue out of and under the seal of this Court against all persons or corporations claiming damage for any and all loss, destruction or damage caused by or resulting from the casualty set forth in the Complaint herein, citing them to file their respective claims with the Clerk of this Court and to serve on or mail to the attorneys for the Owners copies thereof on or before the 25th day of May, 2005, and that all persons or corporations so presenting claims and desiring to contest the allegations of the Complaint shall

file an answer to the Complaint in this Court and shall serve on or mail to the attorneys for the Owners copies thereof; and

IT IS FURTHER ORDERED that an injunction be issued staying further prosecution of and the taking of any steps or actions, suits or legal proceedings pending in any court whatsoever, and the institution and prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any court wheresoever, except in these proceedings, in respect to any claim arising out of or in connection with the casualty set forth in the Complaint herein.

DONE AND ORDERED this 25 of April, 2005.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Robert B. Birthisel
GrayRobinson, P.A.
201 N. Franklin St., Ste 2200
Tampa, FL 33602

Mr. Chris Cadenhead
Cadenhead and Associates
30 South Shore Drive
Destin, FL 32550