**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

**IN ADMIRALTY**

IN THE MATTER OF:

THE COMPLAINT OF BEN LEVI
AS OWNER OF THE VESSEL                    Case No:  8:05-CV-739-T-24MAP
"FURTHER," ITS ENGINES,
TACKLE, APPURTENANCES, ETC.,
IN A CAUSE OF EXONERATION FROM
OR LIMITATION OF LIABILITY.
_____/

**ORDER EXONERATING COMPLAINANT**

THIS CAUSE comes before this Court on Complainant's, Ben Levi as Owner of the Vessel "Further," Motion for Order Granting Exoneration.  (Doc. No. 5).

On April 15, 2005, Complainant filed a complaint with this Court seeking limitation of, or exoneration from, liability pursuant to the Shipowners Limitation of Liability Act, 46 U.S.C. app. §§ 183-189.  (Doc. No. 1).

The Complainant published notice of the filing of the complaint for four consecutive weeks in *Crestview News Bulletin* in Okaloosa County and the *Free Press* in Hillsborough County as required by Local Rules for the Middle District of Florida, Rule 7.06 and Federal Rules of Civil Procedure, Supplemental Rule F.  (Doc. No. 4). Complainant has served a copy of the complaint and notice to all known, potential claimants as required by Federal Rules of Civil Procedure, Supplemental Rule F. Complainant, further, served the motion on all known, potential claimants.

The Order of this Court entered on April 25, 2005 (Doc. No. 2), requires all claimants to file any and all claims with the Clerk of Courts on or before May 25, 2005;

this deadline was also reflected in the published notice (Doc. No. 4) which was served on all known, potential claimants.

The Court, after considering Complainant's motion, and the record, has become fully advised in the premises of this matter. Accordingly, the Court has determined it is appropriate to grant the relief requested in the motion. Accordingly, it is

ORDERED, ADJUDGED, and DECREED, pursuant to applicable law as follows:

1. Complainant is hereby exonerated from liability pursuant to Shipowners Limitation of Liability Act, 46 U.S.C. App. §§ 183-189, Federal Rules of Civil Procedure, Supplemental Rule F, and Local Rule for the Middle District of Florida, Rule 7.06 for those events set forth in the complaint;

2. All claimants, or potential claimants, who have not filed a claim with the Clerk of Courts for the Middle District of Florida on or prior to May 25, 2005, are hereby foreclosed from filing any such claim; and

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of February, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies To:
Counsel of Record

Christopher Cadenhead, Esquire
Cadenhead Law Firm
543 Harbor Boulevard
Suite 501
Destin, FL 32541

2